# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIV. NO. 3:20cr183(MPS) |
| v. | : | |
| | : | |
| BRIAN GRINNELL | : | FEBRUARY 12, 2021 |

## MOTION TO SUPPRESS & REQUEST FOR EVIDENTIARY HEARING

Pursuant to the Fifth Amendment to the United States Constitution, Miranda v. Arizona, 384 U.S. 436 (1966), and Federal Rules of Criminal Procedure 12(b)(3)(C), the Defendant, Brian Grinnell, moves to suppress any and all statements made by him after he invoked his right to counsel, and any evidence derived therefrom.

For the reasons set forth in the accompanying Memorandum of Law in Support this motion, and evidentiary hearing should be held and the Motion to Suppress should be granted.

                                                  THE DEFENDANT
                                                  BRIAN GRINNELL

                                                  /s/ HUGH F. KEEFE, ESQ.
                                                  Federal Bar No. ct05106
                                                  Hkeefe@ltke.com
                                                  Matthew D. Popilowski ct28869

Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
Ph. 203.787.0275
Fax 203-782-0278

**CERTIFICATION OF SERVICE**

I hereby certify that on FEBRUARY 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to receive electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ HUGH F. KEEFE, ESQ.
Federal Bar No. ct05106
HKeefe@ltke.com